# BARSHAY|SANDERS PLLC
ATTORNEYS & COUNSELORS AT LAW

BARSHAY SANDERS, PLLC
COUNSELORS AT LAW
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-706-5055
WWW.BARSHAYSANDERS.COM

November 17, 2016

Brandon Wrazen, Esquire
1207 Delaware Avenue
Suite 466
Buffalo, New York 14209

    Re:    Isaac v. Capital Accounts, LLC, et al.
           Docket No: 2:16-cv-05565-SJF-AYS

Counsel:

We are counsel to Plaintiff concerning the above-referenced matter. Pursuant to the Court's Order, we hereby advise you that an Initial Conference has been set for **February 9, 2017, at 11:15 AM in Courtroom 1010** before Judge Sandra J. Feuerstein at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722. The parties are required to appear with authority, or with individuals with authority, to settle this matter.

Enclosed herein are Plaintiff's Rule 26(a)(1) disclosures.

Should you wish to discuss this matter, please contact the undersigned.

Thank you.

                                          Very truly yours,

                                          */s David M. Barshay*
                                          David M. Barshay

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, a true and correct copy of the foregoing was served on counsel of record for Defendant Constar Financial the address noted hereon.

                                          */s David M. Barshay*
                                          David M. Barshay