UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDEAN ISAAC,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ACCOUNTS, LLC AND<br>CONSTAR FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Docket No: 2:16-cv-05565-SJF-AYS<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:  DOUGLAS C. PALMER
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

 Please enter the default of defendant, CAPITAL ACCOUNTS, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of David M. Barshay.

DATED: December 9, 2016

              **BARSHAY SANDERS, PLLC**

              By: /s David M. Barshay
              David M. Barshay, Esq.
              BARSHAY SANDERS, PLLC
              100 Garden City Plaza, Suite 500
              Garden City, New York 11530
              Tel: (516) 203-7600
              *Attorneys for Plaintiff*
              Our File No.: 111741

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*
Our File No.: 111741

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDEAN ISAAC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ACCOUNTS, LLC AND<br>CONSTAR FINANCIAL SERVICES, LLC,<br><br>　　　　　　Defendant. | Docket No: 2:16-cv-05565-SJF-AYS<br><br>**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

1.　I am the attorney for the plaintiff in this action.

2.　This action was commenced pursuant to 15 U.S.C. § 1692k to recover statutory damages for violation of the Fair Debt Collection Practices Act ("FDCPA")

3.　The time for defendant CAPITAL ACCOUNTS, LLC to answer or otherwise move with respect to the complaint herein has expired.

4.　Defendant, CAPITAL ACCOUNTS, LLC has not answered or otherwise moved with respect to the complaint, and the time for defendant CAPITAL ACCOUNTS, LLC to answer or otherwise move has not been extended.

5. That defendant CAPITAL ACCOUNTS, LLC is not an infant or incompetent. Defendant CAPITAL ACCOUNTS, LLC is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant CAPITAL ACCOUNTS, LLC indebted to plaintiff, for violations of the FDCPA as are set forth in the complaint.

WHEREFORE, plaintiff ALDEAN ISAAC requests that the default of defendant CAPITAL ACCOUNTS, LLC be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

DATED: December 9, 2016

                                                **BARSHAY SANDERS, PLLC**

                                                By: /s David M. Barshay
                                                David M. Barshay, Esq.
                                                BARSHAY SANDERS, PLLC
                                                100 Garden City Plaza, Suite 500
                                                Garden City, New York 11530
                                                Tel: (516) 203-7600
                                                *Attorneys for Plaintiff*
                                                Our File No.: 111741

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDEAN ISAAC,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ACCOUNTS, LLC AND<br>CONSTAR FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Docket No: 2:16-cv-05565-SJF-AYS<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant CAPITAL ACCOUNTS, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant CAPITAL ACCOUNTS, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York
    _____, 20___

                DOUGLAS C. PALMER, Clerk of Court

                By: _____
                Deputy Clerk

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530