# CIVIL CAUSE FOR TELEPHONE CONFERENCE
# BEFORE: JUDGE FEUERSTEIN

**DATE**: February 10, 2017   **TIME**: 30 minutes

**CASE NUMBER**:

2:16-cv-05565-SJF-AYS

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 10 2017 ★
LONG ISLAND OFFICE
```

**CASE TITLE**:

Isaac v. Capital Accounts, LLC et al

**PLTFFS ATTY**:   Craig Sanders
               X  present          ___ not present

**DEFTS ATTY**:   David Peltan
               X  present          x  not present

**COURT REPORTER**: _____

**COURTROOM DEPUTY**: Bryan Morabito

**OTHER**: _____

X   CASE CALLED.

X   ALL COUNSEL PRESENT.

_   ARGUMENT HEARD / CONT'D TO _____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

A further telephone status conference is scheduled before Judge Feuerstein on 2/15/2017 at 2:00 PM.